LAW OFFICES OF
**KOFFSKY & FELSEN, LLC**
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT  06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

March 13, 2020

**Via ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Re:    United States v. Ronnie King
          7:14cr476 (CS)

*Re-sentencing adjourned to 5/14/20 at 2:30 pm.*

*SO ORDERED.*

*[signature] CATHY SEIBEL, U.S.D.J.*   3/13/20

Dear Judge Seibel:

As a result of defendant Rodney King's application for relief following the U.S. Supreme Court's holding in U.S. v. Davis, 588 U.S. ___ (2019), the undersigned was appointed as successor counsel for Mr. King in his resentencing which has been scheduled for March 27, 2020.  I respectfully request that the Court adjourn Mr. King's resentencing to April 30, 2020 or at a later time convenient to the Court.

The reason for this request is that the undersigned did not receive the defendant's amended Presentence Report until its filing on February 21, 2020 and the undersigned has had insufficient opportunity to meet with the detained client and prepare a memorandum in support of his re-sentencing for the Court's consideration.  The undersigned has discussed the continuance request with A.U.S.A. Scott Hartman who has indicated that he has no objection to this request.

For the above stated reasons, the undersigned respectfully requests that the Court adjourn Mr. King's re-sentencing to April 30, 2020 or at a later time convenient to the Court.

Respectfully submitted

_Bruce D. Koffsky___
Bruce D. Koffsky

cc:    Scott Hartman, A.U.S.A.