UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
      United States of America,

                                                                                NOTICE RE: CHANGE OF
                                                                                TIME OF RE-SENTENCING

          -against-

                                                                                7:14-CR-00476 (CS) (10)


      Ronnie King,
                         Defendant(s).
-------------------------------------------------------------X


The Re-Sentencing (as per U.S. v. Davis) previously scheduled before this Court for **September 15, 2020 at 12:00 p.m.** will be held at **10:30 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                                              /s/ Walter Clark, Courtroom Deputy

Dated:   September 3, 2020
            White Plains, New York