LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

September 9, 2020

**Via ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Ronnie King
      7:14cr476 (CS)

<span style="color:purple">Re-Sentencing adjourned to October 15, 2020 at 3:30 p.m.
SO ORDERED.

_Cathy Seibel_____
CATHY SEIBEL, U.S.D.J.
9/9/2020</span>

Dear Judge Seibel:

    As a result of defendant Rodney King's application for relief following the U.S. Supreme Court's holding in <u>U.S. v. Davis</u>, 588 U.S. ___ (2019), the undersigned was appointed as successor counsel for Mr. King in his resentencing which has been scheduled for September 15, 2020. I respectfully request that the Court adjourn Mr. King's resentencing to October 15, 2020 or at a later time convenient to the Court.

    The reason for this request is that the undersigned is currently investigating the defendant's criminal history and the U.S. Probation Officer's Criminal History determination which was a significant factor in the defendant's original sentence. The undersigned has been attempting to collect relevant police reports from several police departments but as a result of theCOVID19 Pandemic, the records have not yet been made available. As such, the undersigned respectfully requests a continuance of thirty (30) days to complete the records collection. The undersigned has discussed the continuance request with A.U.S.A. Scott Hartman who has indicated that he has no objection to this request.

    For the above stated reasons, the undersigned respectfully requests that the Court adjourn Mr. King's re-sentencing to October 15, 2020 or at a later time convenient to the Court.

    Respectfully submitted

    _Bruce D. Koffsky___
    Bruce D. Koffsky

cc:   Scott Hartman, A.U.S.A.