Case 7:14-cr-00476-CS   Document 685   Filed 11/20/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Ronnie King | Case No: 14-CR-476-10 (CS)<br>USM No: 71786-054<br>Bruce Koffsky<br>*Defendant's Attorney* |
| Date of Original Judgment: 04/21/2016<br>Date of Previous Amended Judgment: 10/15/2020<br>*(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

In his plea agreement Mr. King waived the right to make a motion under 18 USC 3582(c).

Except as otherwise provided, all provisions of the judgment dated 10/15/2020 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/19/2024

*Cathy Seibel*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Cathy Seibel, U.S.D.J.
*Printed name and title*